**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CHRISTOPHER VOELKER, | No.  2:26-cv-00635-DC-DMC |
| Plaintiff, |  |
| v. | ORDER |
| MIKE RAHE, |  |
| Defendant. |  |

Defendant has filed a Notice of Removal, removing this action from Plumas County Superior Court. See ECF No. 1. On review of the state court records included with the Notice of Removal and the Notice of Errata, ECF No. 6, it does not appear that a complaint has yet been filed in this action.

Plaintiff is ordered to file a complaint within fourteen days of this order. If Plaintiff is seeking preliminary injunctive relief, Plaintiff may file a motion seeking such relief, but only after a complaint has been filed.

IT IS SO ORDERED.

Dated:  March 5, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1